JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

|  |  |
|---|---|
| ELSHAN HAJIYEV, | Case No. 5:26-cv-02789-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| FERETI SEMAIA et al., | |
| Respondents. | |

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order Granting Petitioner's Unopposed Petition for Writ of Habeas Corpus filed on June 3, 2026.

Date:  June 8, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge